No. 95–5257. ORNELAS ET AL. *v.* UNITED STATES. C. A. 7th Cir. [Certiorari granted, *ante,* p. 963.] Peter D. Isakoff, Esq., of Washington, D. C., is invited to brief and argue this case as *amicus curiae* in support of the judgment below.

No. 95–6234. IN RE KEMP; and
No. 95–6613. IN RE ADEDEJI. Petitions for writs of mandamus denied.

No. 95–6206. IN RE AKPAN; and
No. 95–6521. IN RE JANEK. Petitions for writs of mandamus and/or prohibition denied.

No. 94–9803. RAINEY *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 95–176. MAYER ET UX. *v.* SPANEL INTERNATIONAL, LTD., ET AL. C. A. 7th Cir. Certiorari denied.

No. 95–242. NEBRASKA *v.* WILLIAMS. Sup. Ct. Neb. Certiorari denied.

No. 95–353. MITCHELSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–360. LIQUIDATION COMMISSION FOR BCCI (OVERSEAS) LTD., MACAU *v.* UNITED STATES ET AL. C. A. D. C. Cir. Certiorari denied.

No. 95–361. SUN COUNTRY AIRLINES, INC. *v.* FEDERAL AVIATION ADMINISTRATION. C. A. D. C. Cir. Certiorari denied.

No. 95–364. COODY *v.* THOMSON NEWSPAPERS, INC., ET AL. Sup. Ct. Ark. Certiorari denied.

No. 95–381. CONNORS *v.* STERLING MILK CO. ET AL. Sup. Ct. Ohio. Certiorari denied.